### UNITED STATES of America, Plaintiff–Appellee,

v.

### Soloman HAM, a/k/a Charles R. Brewer, a/k/a Soloman Hamm, Defendant–Appellant.

### No. 01–7131.

United States Court of Appeals, Fourth Circuit.

Submitted Nov. 29, 2001.

Decided Dec. 6, 2001.

Soloman Ham, pro se. Marcus John Davis, Assistant United States Attorney, Alexandria, VA, for appellee.

Before WIDENER, NIEMEYER, and WILLIAMS, Circuit Judges.

PER CURIAM.

Soloman Ham seeks to appeal the district court's order denying his motion for reconsideration of the denial of his 28 U.S.C.A. § 2255 (West Supp. 2001) motion. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See United States v. Ham,* Nos. CR–90–53; CA–96–160–2 (E.D.Va. May 4, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*